Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the
District of Columbia

DC Division



| | |
|---|---|
| KHONDKER NASREEN <br><br> *Plaintiff(s)* <br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br><br> -v- <br><br> CAPITAL PETROLEUM GROUP, LLC <br> ANACOSTIA REALTY, LLC <br> EYOB MAMO <br><br> *Defendant(s)* <br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case: 1:20-cv-01867 <br> Assigned To : Mehta, Amit P. <br> Assign. Date : 7/2/2020 <br> Description: PRO SE GEN CIV (F-DECK) |

## COMPLAINT AND REQUEST FOR INJUNCTION

I.  The Parties to This Complaint

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Khondker Nasreen |
   | Street Address | 5030 Connecticut Ave NW |
   | City and County | Washington, DC 20008 |
   | State and Zip Code | |
   | Telephone Number | 703 989 1597 |
   | E-mail Address | cexxon@gmail.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1
- Name: Capital Petroleum Group, LLC
- Job or Title *(if known)*: ATTN: REG. AGENT, 4701 COS RD, STE 285, GLEN ALLEN, VA
- Street Address: 6820B Commercial Drive
- City and County: Springfield
- State and Zip Code: Virginia 22151
- Telephone Number: 703-750-6810
- E-mail Address *(if known)*:

Defendant No. 2
- Name: ANACOSTIA REALTY, LLC
- Job or Title *(if known)*: ATTN: REG. AGENT, 4701 COS RD, STE 285, GLEN ALLEN, VA
- Street Address: 6820B Commercial Drive
- City and County: Springfield, Fairfax County
- State and Zip Code: Virginia 22151
- Telephone Number: 703-750-6810
- E-mail Address *(if known)*:

Defendant No. 3
- Name: EYOB MAMO
- Job or Title *(if known)*: ATTN: REG. AGENT, 4701 COS RD, STE 285, GLEN ALLEN, VA
- Street Address: 6820B Commercial Drive
- City and County: Springfield, Fairfax County
- State and Zip Code: Virginia 22151
- Telephone Number: 703-750-6810
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Relevant statute is U.S.C Code Chapter 55, Petroleum Marketing Practices Act

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

        Or is incorporated under the laws of *(foreign nation)* _____ and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

Plaintiff seeks temporary restraining order or injunction to prevent unlawful ejectment. Defendant sent Plaintiff received a notice of ejectment and termination of franchisee agreement. Plaintiff seeks relief under 15 USC Chapter 55

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

April 6, 2020, Defendant sent a letter notification requesting Plaintiff to vacate by premises by July 8, 2020 of the leased premises located at 5030 Connecticut Avenue, NW, Washington, DC 20008

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Plaintiff is a Franchisee with a station lease and supply or contract for sale with the Defendants. Defendants notified Plaintiff on April 6, 2020 that Defendant is ending their lease and terminating their contract by July 8, 2020. Defendant demands that Plaintiff vacate the premise. Defendant alleges in their letter to Plaintiff that Plaintiff has breached their contractually agreement to pay rent on a weekly basis and make terms pursuant to the agreement.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Ejectment would cause Plaintiff to lose ownership rights as a franchisee that Plaintiff has established for 11 years. Defendant's actions would result in extreme hardship to multiple parties and extreme injury. Plaintiff are likely to lose their ability to care for themselves and vendors whom they have contractual obligations, employees and the employee's families. Defendant is ejecting Plaintiff during a pandemic and at a time when Plaintiff would would depend on the resources from this franchise to care for the health, mortgage and the education of Plaintiff's children as well as for everyday life.

Plaintiff is likely to win on the merits as Defendants actions are against the PMPA Act. An injunction would preserve Plaintiff's ability to obtain counsel and defend Plaintiff's rights under the Act.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff seeks temporary restraining order or temporary injunction to prevent Defendant from ejectment. Plaintiff seeks that the court review the lawfulness of Defendant's actions under 15 USC Chapter 55, Petroleum Marketing and Practices Act

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07.02.2020

Signature of Plaintiff

Printed Name of Plaintiff: Khonder Nassreen

### B. For Attorneys

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address